UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

FILED
September 22, 2006

CLERK, U.S. DISTRICT COURT

| | | |
|---|---|---|
| **J.B. STELL GAINES, SR.** | § | |
| | § | |
| *Petitioner* | § | |
| | § | |
| v. | § | NO. 3-06 CV-0778-R |
| | § | |
| | § | |
| **DOUGLAS DRETKE,** Director Texas | § | |
| Department of Criminal Justice, | § | |
| Correctional Institutions Division | § | |
| | § | |
| *Respondent.* | § | |

## ORDER ACCEPTING FINDINGS AND RECOMMENDATION

## OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and any objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the undersigned District Judge is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court.

It is so ORDERED.
ENTERED: September 22, 2006.

_____
JERRY BUCHMEYER,
SENIOR U.S. DISTRICT JUDGE
NORTHERN DISTRICT OF TEXAS